IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No:     13-cv-02644-REB-KMT        Date:   July 31, 2014
Courtroom Deputy:    Sabrina Grimm              FTR:    Courtroom C-201

*Parties:*                                              *Counsel:*

REBECCA LOGUNOVSKIY, an individual,                     Edward Holub

   Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE                          Michael Simpson
COMPANY, a Maryland corporation

   Defendant.

### COURTROOM MINUTES

**MOTION HEARING**

**10:21 a.m.     Court in session.**

Court calls case.  Appearances of counsel.

Court states its understanding of the issue.

Discussion and argument regarding the deposition of Lisa Thomopulos and the Rule 30(b)(6) designee of the Defendant.

Court states the company's policies or compliance with policy is not relevant when no bad faith claim is asserted.  The adjuster may be asked what she considered, what she did not consider and if she did not consider something, why she did not consider it.  How she evaluated the case is irrelevant.

Mr. Simpson states background information with respect to the accident and Defendant's position that Plaintiff's miscarriage is not a covered event.

Discussion and review of the topics contained in the Notice of Deposition of Defendant at document [20-2].

**ORDERED:   Defendant's Motion for Protective Order [20] is GRANTED IN PART, as stated on record.**

Court confirms that Ms. Thompulos is subject to the same rulings as the Rule 30(b)(6) witness as far as permissible topics.

**11:06 a.m.    Court in recess.**

Hearing concluded.
Total in-court time    00:45

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.