**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-02644-REB-KMT

REBECCA LOGUNOVSKIY,

     Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY,
  a Maryland corporation, GEICO,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter is before me on the **Stipulation for Dismissal with Prejudice** [#41][1] filed February 24, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation for Dismissal with Prejudice** [#41] filed February 24, 2015, is **APPROVED**;

     2.  That the combined Final Pretrial Conference and Trial Preparation Conference set May 29, 2015, is **VACATED**;

     3.  That the jury trial set to commence June 22, 2015, is **VACATED**;

---

[1] "[#41]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2

4. That the **Unopposed Motion To Modify Scheduling Order** [#40] filed January 26, 2015, is **DENIED AS MOOT**; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 24, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge

2